1  NICOLA T. HANNA
2  United States Attorney                          JS-6
   DAVID M. HARRIS
3  Assistant United States Attorney
4  Chief, Civil Division
   CEDINA M. KIM
5  Assistant United States Attorney
6  Senior Trial Attorney, Civil Division
   AMANDA SCHAPEL, CSBN 271295
7  Special Assistant United States Attorney
8        Social Security Administration
         160 Spear St., Suite 800
9        San Francisco, CA  94105
10       Telephone: (415) 977-8983
         Facsimile: (415) 744-0134
11       Email: Amanda.Schapel@ssa.gov
12 Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| HIBO PERNECIA SHANDILE, | No. 2:20-cv-04449-DFM |
| Plaintiff, | |
| v. | **JUDGMENT OF REMAND** |
| ANDREW SAUL,<br>Commissioner of Social Security, | |
| Defendant. | |

1 | The Court having approved the parties' Stipulation to Voluntary Remand
2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
3 | ("Stipulation to Remand") lodged concurrent with the lodging of the within
4 | Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**
5 | **DECREED** that the above-captioned action is remanded to the Commissioner of
6 | Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: December 29, 2020

HON. DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE